FILED

OCT 1 3 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Marcus Dillard

vs

(Full name of defendant(s))

FTC, Oaklahoma City Transfer Center

Case Number:

CIV-20-1037-PRW

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of ___Indiana___, and is located at
    (State)

    1101 John A. Denie  Memphis, TN 38134
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant _____
                                        (Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Oaklahoma City, OK__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

On August 28, 2020 I was held at the Federal Transfer Center in Oaklahoma City, OK waiting to be sent to FCI Memphis. This date we were being served lunch which was a fish patty, Cole slaw and Corn. I recieved my tray from Correctional Officer Marsh and an Inmate Worker whom I didn't get his name. My Cellmate Ricky Dillard retrieved the trays which were one hot and one cold which totaled in 4 trays being handed in the cell 516 at

this time. I was handed my tray which was a brown plastic container with a clear plastic top of which were sealed by kitchen staff if I had to assume. Ricky Dillard handed me my hot and cold tray which I open and said me my usual pray before eating or preparing my food to be eaten. At the end of my prayer I open my spork package which contained salt and pepper packed applied the salt and pepper to my food and took a bite of my sandwhich and proceeded to take a bite of coleslaw and I was chewing and crunched down into something hard of which I assumed it was a fish bone in the patty. But this seemed to be harder than normal, so I pushed the hard contients to the front of my mouth which poked a gash into my lip which caused me to just spit everything out of my mouth. Upon doing so I noticed it was not a bone but a piece of jagged metal which cracked my filling on the left side of my mouth.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $100,000.00.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

To hold them accountable for the lack of care taken when I showed the Staff what was discovered. The lack of intrest taken as if I would endanger myself in this manner. This could've done major internal damage if consumed and damaged what little teeth I have left. The Staff should examine the kitchen utennsiles with may more proper inspection and if they are old discard them. I was a former cook and have a passion for the kitchen and these things should be handled with care rather inmate or citizen in the free world.

E.   JURY DEMAND

☐   Jury Demand – I want a jury to hear my case
     OR

☒   Court Trial – I want a judge to hear my case

Dated this __105__ day of __October__ 20 __20__.

Respectfully Submitted,

__Marco Dillard__
Signature of Plaintiff

__17281-028__
Plaintiff's Prisoner ID Number

__FCI Memphis   1101 John A. Denie__
__Memphis, TN 38134__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

To be added that the FTC OKC, OK has no grievence system and many of my complaints went unattended to for days also put in my request on the computer to Health Services, The Warden, The Head of Medical, Food Services and many request were placed for many days until I recieved a BP-8 and nothing was taken care of. Then requested a BP-9 of which I was given the run around and never recieved at all and was transfered.

Names: CO. Marsh
CO. Santeago
CO. Edmounds
Lyons
Terrell
D.D.S. Upchurch

Departments Contacted: Food Services
Health Services
Warden